**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: STEPHEN LAW, *Debtor*, <br><br> STEPHEN LAW, *Appellant*, <br><br> v. <br><br> ALFRED H. SIEGEL, Chapter 7 Trustee, *Appellee*. | No. 09-60046 <br><br> BAP No. 09-1077-PaMkH <br><br> ORDER |

On Remand from the United States Supreme Court

Filed April 23, 2014

Before: Harry Pregerson, Sidney R. Thomas, and Richard A. Paez, Circuit Judges.

**ORDER**

Pursuant to the opinion of the Supreme Court in *Law v. Siegel*, 134 S. Ct. 1188 (2014), we vacate our disposition at 435 F. App'x 697 (9th Cir. 2011), reverse the Bankruptcy Appellate Panel's and bankruptcy court's decisions, and

2  IN RE: LAW

remand to the Bankruptcy Appellate Panel with instructions to remand to the bankruptcy court for further proceedings consistent with the opinion of the Supreme Court.